

# THE THIRTEENTH COURT OF APPEALS

13-19-00374-CV

JNM Express, LLC, ANCA Transport, Inc., Omega Freight Logistics, LLC, Jorge Marin, and Silva Marin
v.
Lauro Lozano Jr. and Irene Lozano

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0571-17-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART. Each party shall bear their own costs relating to this appeal. Further, appellants are fully and finally released and discharged from their obligations under the supersedeas bond.

We further order this decision certified below for observance.

April 22, 2021